UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYTON PURCELL LLP, | No. C-04-4995 EMC |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING RE ARBITRATION** |
| RECORDON & RECORDON, *et al.*, | |
| Defendants. | |

The Court has reviewed the parties' briefs regarding the application of the FAA to the arbitration award. Having reviewed those briefs, the Court hereby orders as follows.

*First*, each party should provide a supplemental brief addressing the following issue: If the Court were to hold that the parties engaged in private arbitration and not court-sponsored arbitration, *see* ADR L.R. 4 *et seq.*, and if the Court were further to hold that the FAA does not apply to an agreement to arbitrate arising out of a tort claim, what arbitration law (*e.g.*, arbitration rules, federal common law) would govern in the instant case?

*Second*, Defendants should also address in their supplemental brief the following issue: Defendants claim that the arbitrator exceeded his powers and/or jurisdiction. Although the Court

///
///
///
///
///

does not at this juncture wish Defendants to provide any evidence or argument on these claims, it shall require Defendants to provide *specific* allegations as to how the arbitrator exceeded his powers and/or jurisdiction. Currently, Defendants have made only conclusory allegations.

The parties shall file their supplemental briefs within a week of the date of this order.

IT IS SO ORDERED.

Dated:  October 10, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge