**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAYTON PURCELL LLP,                                    No. C04-4995 EMC

       Plaintiff,

                  **JUDGMENT IN A CIVIL CASE**

     v.

RECORDON & RECORDON, et al.,

       Defendants.

_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to hearing before the Court. The issued have been heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that Judgement is entered pursuant to the ORDER DENYING DEFENDANTS' MOTION TO VACATE ARBITRATION AWARD filed February 6, 2007.  The arbitrator's award is confirmed:  Recordon is liable to Brayton Purcell for $24,327 in statutory damages and $36,827 in fees and costs; and Apptomix and Mr. Lee are jointly and severally liable to Brayton Purcell for $48,654 in statutory damages and $73,655 in fees and costs. Brayton Purcell should file a separate motion to the extent that it seeks post-arbitration fees in

///

///

///

1    connection with the motions to vacate.  The Clerk of the Court is directed to close the file in this

2    case.

3    Dated: February 6, 2007                 Richard W. Wieking, Clerk

4

5

6                                        By: Betty Fong
                                        Deputy Clerk

**United States District Court**
For the Northern District of California

2