# EXHIBIT 1
# PLAINTIFF'S BILL OF COSTS

**ITEMIZED BREAKDOWN OF OTHER COSTS:**

| | |
|---|---|
| **Legal Research:** | **$ 833.17** |
| **Facsimile:** | **.60** |
| **Messenger:** | **8.10** |
| **Postage:** | **.93** |
| **Total:** | **$ 842.80** |

Townsend and Townsend and Crew LLP

# Transaction Detail by Account

(Billable data, 5/17/06 to 12/1/06, Matter Number equals '021641-000200us' and Disbursement equals 'Facsimile: Outgoing') FAX

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 021641-000200US (Brayton Purcell / Recordon Copyright Dispute)** | | | | | | |
| **Disbursement: Facsimile: Outgoing** | | | | | | |
| 06/19/2006 11:26 | McHugh, Margaret C. | 16192954800 - San Diego - CA (USA) | 0:01:40 | 2 | USD | 2.00 |
| | | **Subtotal** | **0:01:40** | **2** | **USD** | **2.00** |
| | | **Total Matter: 021641-000200US (Brayton Purcell / Recordon Copyright Dispute)** | | | **USD** | **2.00** |
| | | | | **Grand Totals:** | **USD** | **2.00** |

1 of 3

Legal Research (westlaw)

| | | | | | |
|---|---|---|---|---|---|
| Client 021573 006400 | | | | | |
| User Name ARKOWITZ,JENNIFER D (5501487) | | | | | |
| Totals for Day 11/27/2006 | 2,767 | | 9 | 2,767 | $671.58 |
| Totals for User Name ARKOWITZ,JENNIFER D (5501487) | 2,767 | | 9 | 2,767 | $671.58 |
| Totals for Client 021573 006400 | 2,767 | | 9 | 2,767 | $671.58 |
| Client 021641 000200 | | | | | |
| User Name GOSSE,ELIZABETH R (3548843) | | | | | |
| Totals for Day 11/09/2006 | 1,690 | | | 1,690 | $366.00 X |
| Totals for Day 11/13/2006 | 12,739 | | | 12,739 | $1,816.65 |
| Totals for Day 11/14/2006 | 7,295 | | | 7,295 | $1,220.27 |
| Totals for User Name GOSSE,ELIZABETH R (3548843) | 21,724 | | | 21,724 | $3,402.92 |
| User Name MCHUGH,MARGARET C (336681) | | | | | |
| Totals for Day 11/09/2006 | 1,483 | | 9 | 1,483 | $405.82 X |
| Totals for Day 11/13/2006 | 622 | | 2 | 622 | $150.01 X |
| Totals for User Name MCHUGH,MARGARET C (336681) | 2,105 | | 11 | 2,105 | $555.83 |
| User Name SEIBEL,MARIE C (5595213) | | | | | |
| Totals for Day 11/10/2006 | | 7 | 8 | | $276.48 X |
| Totals for User Name SEIBEL,MARIE C (5595213) | | 7 | 8 | | $276.48 |
| Totals for Client 021641 000200 | 23,829 | 7 | 19 | 23,829 | $4,235.23 |
| Client 021706 000000 | | | | | |
| User Name GROSSMAN,JACQUELINE (1611241) | | | | | |
| Totals for Day 11/03/2006 | | 2 | 2 | | $26.38 |
| Totals for User Name GROSSMAN,JACQUELINE (1611241) | | 2 | 2 | | $26.38 |
| Totals for Client 021706 000000 | | 2 | 2 | | $26.38 |
| Client 022389 000300US | | | | | |
| User Name COOK,ROGER (5420024) | | | | | |
| Totals for Day 11/06/2006 | | 2 | 1 | | $123.58 |
| Totals for Day 11/20/2006 | | 1 | 2 | | $13.19 |
| Totals for Day 11/26/2006 | | 15 | 9 | | $696.01 |
| Totals for Day 11/28/2006 | | 2 | 1 | | $25.16 |
| Totals for User Name COOK,ROGER (5420024) | | 20 | 13 | | $857.94 |
| User Name LITTS,ROBERT G (4747071) | | | | | |
| Totals for Day 11/27/2006 | | 4 | 6 | | $190.21 |
| Totals for Day 11/28/2006 | | 21 | 25 | | $288.94 |
| Totals for Day 11/29/2006 | | 1 | 1 | | $13.19 |
| Totals for Day 11/30/2006 | | 20 | 17 | | $194.42 |
| Totals for User Name LITTS,ROBERT G (4747071) | | 46 | 49 | | $686.76 |
| Totals for Client 022389 000300US | | 66 | 62 | | $1,544.70 |
| Client 02307E 071421 | | | | | |
| User Name JOHNS,CAROL (5847747) | | | | | |
| Totals for Day 11/07/2006 | 2,210 | | 5 | 2,210 | $532.31 |
| Totals for User Name JOHNS,CAROL (5847747) | 2,210 | | 5 | 2,210 | $532.31 |
| Totals for Client 02307E 071421 | 2,210 | | 5 | 2,210 | $532.31 |
| Client 025611 000100 | | | | | |
| User Name FISH,MARGE (5492996) | | | | | |
| Totals for Day 11/27/2006 | 700 | 1 | 1 | 700 | $86.70 |
| Totals for User Name FISH,MARGE (5492996) | 700 | 1 | 1 | 700 | $86.70 |
| User Name MCHUGH,MARGARET C (336681) | | | | | |
| Totals for Day 11/22/2006 | 4,437 | | 4 | 4,437 | $618.44 |
| Totals for User Name MCHUGH,MARGARET C (336681) | 4,437 | | 4 | 4,437 | $618.44 |
| User Name MONTES,ERIC (3758261) | | | | | |
| Totals for Day 11/27/2006 | | 43 | | | $270.03 |
| Totals for User Name MONTES,ERIC (3758261) | | 43 | | | $270.03 |
| Totals for Client 025611 000100 | 5,137 | 44 | 5 | 5,137 | $975.17 |
| Client 026020 000300 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Totals for Client 018652 004000 | 5,361 | | | 5,361 | $1,194.65 |
| Client 020801 006600US | | | | | |
| User Name GROSSMAN,JACQUELINE (1611241) | | | | | |
| Totals for Day 10/02/2006 | | 1 | | | $0.00 |
| Totals for Day 10/03/2006 | | 1 | | | $0.00 |
| Totals for Day 10/04/2006 | | 1 | | | $0.00 |
| Totals for Day 10/05/2006 | | 1 | | | $0.00 |
| Totals for Day 10/06/2006 | | 1 | | | $0.00 |
| Totals for Day 10/09/2006 | | 1 | | | $0.00 |
| Totals for Day 10/10/2006 | | 1 | | | $0.00 |
| Totals for Day 10/11/2006 | | 1 | | | $0.00 |
| Totals for Day 10/12/2006 | | 1 | | | $0.00 |
| Totals for Day 10/13/2006 | | 1 | | | $0.00 |
| Totals for Day 10/16/2006 | | 1 | | | $0.00 |
| Totals for Day 10/17/2006 | | 1 | | | $0.00 |
| Totals for Day 10/18/2006 | | 1 | | | $0.00 |
| Totals for Day 10/19/2006 | | 1 | | | $0.00 |
| Totals for Day 10/20/2006 | | 1 | | | $0.00 |
| Totals for Day 10/23/2006 | | 1 | | | $0.00 |
| Totals for Day 10/24/2006 | | 1 | | | $0.00 |
| Totals for Day 10/25/2006 | | 1 | | | $0.00 |
| Totals for Day 10/26/2006 | | 1 | | | $0.00 |
| Totals for Day 10/27/2006 | | 1 | | | $0.00 |
| Totals for Day 10/30/2006 | | 1 | | | $0.00 |
| Totals for User Name GROSSMAN,JACQUELINE (1611241) | | 21 | | | $0.00 |
| Totals for Client 020801 006600US | | 21 | | | $0.00 |
| Client 020839 002300 | | | | | |
| User Name MONTES,ERIC (3758261) | | | | | |
| Totals for Day 10/30/2006 | 660 | | 1 | 660 | $99.05 |
| Totals for Day 10/31/2006 | 445 | | 1 | 445 | $65.20 |
| Totals for User Name MONTES,ERIC (3758261) | 1,105 | | 2 | 1,105 | $164.25 |
| Totals for Client 020839 002300 | 1,105 | | 2 | 1,105 | $164.25 |
| Client 021641 000200 | | | | | |
| User Name GOSSE,ELIZABETH R (3548843) | | | | | |
| Totals for Day 10/15/2006 | 4,791 | | | 4,791 | $755.27 |
| Totals for Day 10/16/2006 | 9,817 | | | 9,817 | $1,633.76 |
| Totals for Day 10/17/2006 | 925 | | | 925 | $207.21 |
| Totals for User Name GOSSE,ELIZABETH R (3548843) | 15,533 | | | 15,533 | $2,596.24 |
| User Name MCHUGH,MARGARET C (336681) | | | | | |
| Totals for Day 10/17/2006 | 1,769 | | 11 | 1,769 | $404.53 |
| Totals for User Name MCHUGH,MARGARET C (336681) | 1,769 | | 11 | 1,769 | $404.53 |
| Totals for Client 021641 000200 | 17,302 | | 11 | 17,302 | $3,000.77 |
| Client 021641 000200US | | | | | |
| User Name GOSSE,ELIZABETH R (3548843) | | | | | |
| Totals for Day 10/13/2006 | 3,699 | | 2 | 3,699 | $785.11 |
| Totals for Day 10/15/2006 | 4,933 | | | 4,933 | $872.99 |
| Totals for User Name GOSSE,ELIZABETH R (3548843) | 8,632 | | 2 | 8,632 | $1,658.10 |
| Totals for Client 021641 000200US | 8,632 | | 2 | 8,632 | $1,658.10 |
| Client 022389 000000 | | | | | |
| User Name BAKER-LEHNE,SUSAN (2685786) | | | | | |
| Totals for Day 10/02/2006 | 1,514 | | | 1,514 | $436.32 |
| Totals for User Name BAKER-LEHNE,SUSAN (2685786) | 1,514 | | | 1,514 | $436.32 |
| User Name TAGLANG,EILEEN (4785900) | | | | | |
| Totals for Day 10/13/2006 | | 9 | 1 | | $150.72 |
| Totals for User Name TAGLANG,EILEEN (4785900) | | 9 | 1 | | $150.72 |

| | | | | | |
|---|---|---|---|---|---|
| Totals for Day 06/28/2006 | | 1 | | | $0.00 |
| Totals for Day 06/29/2006 | | 1 | | | $0.00 |
| Totals for Day 06/30/2006 | | 1 | | | $0.00 |
| Totals for User Name GROSSMAN,JACQUELINE (1611241) | | 22 | | | $0.00 |
| Totals for Client 020801 006600US | | 22 | | | $0.00 |
| Client 021641 000200 | | | | | |
| User Name GOSSE,ELIZABETH R (3548843) | | | | | |
| Totals for Day 06/08/2006 | 4,704 | | | 4,704 | $616.27 |
| Totals for Day 06/16/2006 | 1,833 | | | 1,833 | $303.51 |
| Totals for User Name GOSSE,ELIZABETH R (3548843) | 6,537 | | | 6,537 | $919.78 |
| Totals for Client 021641 000200 | 6,537 | | | 6,537 | $919.78 |
| Client 021641 000200US | | | | | |
| User Name GOSSE,ELIZABETH R (3548843) | | | | | |
| Totals for Day 06/16/2006 | 333 | | | 333 | $47.41 |
| Totals for User Name GOSSE,ELIZABETH R (3548843) | 333 | | | 333 | $47.41 |
| Totals for Client 021641 000200US | 333 | | | 333 | $47.41 |
| Client 021881 000300 | | | | | |
| User Name ZEROUNIAN,RAFFI (5061993) | | | | | |
| Totals for Day 06/01/2006 | | 4 | 2 | | $93.91 |
| Totals for User Name ZEROUNIAN,RAFFI (5061993) | | 4 | 2 | | $93.91 |
| Totals for Client 021881 000300 | | 4 | 2 | | $93.91 |
| Client 021888 000300 | | | | | |
| User Name TARIO,JAMES (5658829) | | | | | |
| Totals for Day 06/01/2006 | 100 | | | 100 | $16.12 |
| Totals for User Name TARIO,JAMES (5658829) | 100 | | | 100 | $16.12 |
| Totals for Client 021888 000300 | 100 | | | 100 | $16.12 |
| Client 022412 000100 | | | | | |
| User Name AUGUSTINE,LEONARD (4632134) | | | | | |
| Totals for Day 06/06/2006 | | 6 | | | $489.80 |
| Totals for Day 06/07/2006 | | 20 | 5 | | $288.77 |
| Totals for Day 06/08/2006 | | 1 | 1 | | $13.17 |
| Totals for User Name AUGUSTINE,LEONARD (4632134) | | 27 | 6 | | $791.74 |
| User Name ZEROUNIAN,RAFFI (5061993) | | | | | |
| Totals for Day 06/07/2006 | | 12 | 2 | | $85.34 |
| Totals for Day 06/08/2006 | 282 | 4 | 3 | 282 | $211.62 |
| Totals for User Name ZEROUNIAN,RAFFI (5061993) | 282 | 16 | 5 | 282 | $296.96 |
| Totals for Client 022412 000100 | 282 | 43 | 11 | 282 | $1,088.70 |
| Client 02307O 171200 | | | | | |
| User Name GROSSMAN,JACQUELINE (1611241) | | | | | |
| Totals for Day 06/13/2006 | | 2 | 1 | | $210.27 |
| Totals for User Name GROSSMAN,JACQUELINE (1611241) | | 2 | 1 | | $210.27 |
| Totals for Client 02307O 171200 | | 2 | 1 | | $210.27 |
| Client 025611 000100 | | | | | |
| User Name GAUDREAU,HOLLY (4785905) | | | | | |
| Totals for Day 06/09/2006 | 88 | | 1 | 88 | $23.80 |
| Totals for Day 06/22/2006 | 1,396 | | | 1,403 | $295.28 |
| Totals for User Name GAUDREAU,HOLLY (4785905) | 1,484 | | 1 | 1,491 | $319.08 |
| Totals for Client 025611 000100 | 1,484 | | 1 | 1,491 | $319.08 |
| Client 025841 000100 | | | | | |
| User Name AUGUSTINE,LEONARD (4632134) | | | | | |
| Totals for Day 06/01/2006 | | 7 | 2 | | $180.75 |
| Totals for Day 06/22/2006 | | 19 | 20 | | $257.55 |
| Totals for Day 06/23/2006 | | 8 | 6 | | $90.97 |
| Totals for User Name AUGUSTINE,LEONARD (4632134) | | 34 | 28 | | $529.27 |

# PROFESSIONAL MESSENGER

INVOICING QUESTIONS (415) 957-9600
P.O. BOX 5045 • HAYWARD, CA 94540

# INVOICE

FED ID #94-3066316

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 531635 | 347 |
| INVOICE DATE | TOTAL AMOUNT DUE |
| 8/16/06 | 964.95 |
| CURRENT | OVER 30 DAYS |
| 615.89 | 349.06 |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

1 8 2

TOWNSEND & TOWNSEND & CREW
2 EMBARCADERO
8TH FLOOR
SAN FRANCISCO, CA 94111

ENT'D AUG 29 2006

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE |
|---|---|---|---|---|
| 347 | 531635 | 8/16/06 | 208.64 | 1 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|---|---|
| 8/11/06 | 4390401 | RSH | TOWNSEND & TOWNSEND & CREW<br>2 EMBARCADERO<br>SAN FRANCISC 94111<br>Caller: ANDREA<br>Signed: J WILSON | TOWNSEND & TOWNSEND<br>379 LYTTON AVE<br>PALO ALTO 94301<br>Pcs: 1 Wght: 1<br>Ref: 000939-076100 | Base Chg:<br>Surcharge: | 78.20<br>17.20 | 95.40 |
| | | | Total Charges for Ref. - 000939-076100: 95.40 | | | | |
| * 8/11/06 | 4388915 | REG | TOWNSEND & TOWNSEND & CREW<br>2 EMBARCADERO<br>SAN FRANCISC 94111<br>Caller: DANIELLE TAGALAN<br>Signed: ACEVEDO | USDC<br>450 GOLDEN GATE<br>SAN FRANCISC 94102<br>Pcs: 1 Wght: 1<br>Ref: 021641-000200US | Base Chg:<br>Surcharge: | 12.05<br>1.21 | 13.26 |
| | | | Total Charges for Ref. - 021641-000200US: 13.26 | | | | |
| 8/16/06 | 4396328 | RSH | TOWNSEND & TOWNSEND & CREW<br>2 EMBARCADERO<br>SAN FRANCISC 94111<br>Caller: ANDREA<br>Signed: WANDA CHADWICK | TOWNSEND & TOWNSEND<br>379 LYTTON AVE<br>PALO ALTO 94301<br>Pcs: 1 Wght: 25<br>Ref: 939 | Base Chg:<br>Weight:<br>Surcharge: | 78.20<br>3.75<br>18.03 | 99.98 |
| | | | Total Charges for Ref. - 939: 99.98 | | | | |

APPROVED FOR PYMT

BY____________
DATE ____________
G/L#____________
C/M#____________

663044

TOTAL ▶ 208.64

INVOICE PAYMENT DUE UPON RECEIPT / CONDITIONS OF CARRIAGE ON REVERSE

[...]ices, Inc.

# invoice

| 22700 | 12192 |
|---|---|
| 11/15/06 | 3,717.55 |
| 570.46 | 859.98 |
| .00 | .00 |

**Mail Payment To:**
US Legal Management Services, Inc.
P.O. Box 29680
Phoenix, AZ 85038

[...]NSEND
[...]D CENTER
[...]OR
[...]NCISCO, CA 94111

292

ENT'D NOV 29 2006

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
ACCOUNTS RECEIVABLE CALL:
[...]QUI ABUEG (213)4813085

**PLEASE DETACH HERE AND RETURN WITH REMITTANCE**

| TAX ID# 34-2003879 | 12192 | 22700 | 11/15/06 | AMOUNT DUE 3,717.55 | 3 | US LEGAL MANAGEMENT |
|---|---|---|---|---|---|---|

| Date / Service | Order | Type | Caller | Destination | Charges | Amount | Total |
|---|---|---|---|---|---|---|---|
| 11/10/06 FORWARD SAMEDAY PROCESS | 6319204 | FSP | TOWNSEND & TOWNSEND 2 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: KATHLEEN Case No.: C05-04547 VRW Signed: CHRISOPHER FOLEY,PTNR | FINNEGAN HENDERSON, ET AL 11955 FREEDOM DRIVE RESTON VA 20190 Case Title: TOSHIBA VS. HYNIX Ref: 000939-088410 | Base Chg : | 135.00 | 135.[...] |
| 11/13/06 REGULAR FILE (RT-BIKER) | 6319426 | REF | TOWNSEND & TOWNSEND 2 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Dena Hong-Yee Case No.: C03-05566JCS Signed: FILED/CONFORMED | UNITED STATES DISTRICT COURT 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102-3483 Case Title: CSL V IMPERIAL Ref: 21546-001500US | Base Chg : | 23.25 | 23.[...] |
| 11/13/06 REGULAR BIKE DELIVERY | 6319460 | REG | TOWNSEND & TOWNSEND 2 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Dena Hong-Yee Case No.: DELIVER ENVELOPE Signed: RUBEN | SEYFARTH SHAW 560 MISSION ST SAN FRANCISCO CA 94105 Ref: 21546-001500US | Base Chg : | 11.25 | 11.[...] |
| 11/13/06 SAMEDAY FAXFILE | 6319518 | FAX | TOWNSEND & TOWNSEND 2 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: PAUL KIRSCH Case No.: C02-3262 (DLJ) (EMC) Signed: FILED/FAXED/RETURNED | UNITED STATES DISTRICT COURT 1301 CLAY STREET OAKLAND CA 94612-5212 Case Title: SHUN V. INTEL Ref: 026396-000100US | Base Chg : | 69.00 | 69.[...] |
| 11/13/06 E-FILING | 6319583 | EFL | TOWNSEND & TOWNSEND 2 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: HEGENBARTH LINDA Signed: F/C/FXED/PCHD | UNITED STATES DISTRICT COURT 312 NORTH SPRING STREET LOS ANGELES CA 90012-4793 Ref: USDC | Base Chg : | 69.00 | 69[...] |
| 11/15/06 RUSH BIKE DELIVERY | 6319972 | RSH | TOWNSEND & TOWNSEND 2 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: LORAINE Case No.: DELIVER CHAMBERS Signed: ANNA SPRINKLES | UNITED STATES DISTRICT COURT 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102-3483 Case Title: COPY Ref: 021641.000200US | Base Chg : | 13.75 | 13.[...] |
| 11/15/06 REGULAR DELIVERY | 6320059 | REG | TOWNSEND & TOWNSEND 2 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: SCOTT WORTMAN Case No.: DELIVER BOX Signed: JOHN COBB | JOHN COBB 370 ANDERWAY MENLO PARK CA 94025 Case Title: THIS IS A RES Ref: 026415400 | Base Chg : Wght : Fuel Chrg : | 69.25 5.00 6.93 | 81.[...] |

PLEASE PAY 2,287.[...]

**INVOICE PAYMENT DUE UPON RECEIPT**

Townsend and Townsend and Crew LLP

# Transaction Detail by Account

(Billable data, 5/17/06 to 12/1/06, Matter Number equals '021641-000200us' and Disbursement equals 'Photocopying: Black & White')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 021641-000200US (Brayton Purcell / Recordon Copyright Dispute)** | | | | | | |
| **Disbursement: Photocopying: Black & White** | | | | | | |
| 06/15/2006 10:20 | Morris, Mary H. | | | 62 | USD | 12.40 |
| 06/15/2006 10:39 | Morris, Mary H. | | | 76 | USD | 15.20 |
| 06/15/2006 11:24 | Morris, Mary H. | | | 9 | USD | 1.80 |
| 06/15/2006 11:30 | Morris, Mary H. | | | 40 | USD | 8.00 |
| 08/10/2006 13:41 | Morris, Mary H. | | | 3 | USD | 0.60 |
| 08/11/2006 10:26 | Morris, Mary H. | | | 9 | USD | 1.80 |
| 08/16/2006 12:16 | Morris, Mary H. | | | 13 | USD | 2.60 |
| 08/16/2006 13:35 | Morris, Mary H. | | | 15 | USD | 3.00 |
| 08/21/2006 08:17 | Morris, Mary H. | | | 22 | USD | 4.40 |
| 11/15/2006 10:24 | Finger, Laureen D. | | | 266 | USD | 53.20 |
| | | **Subtotal** | | **515** | **USD** | **103.00** |
| | | **Total Matter: 021641-000200US (Brayton Purcell / Recordon Copyright Dispute)** | | | **USD** | **103.00** |
| | | | | **Grand Totals:** | **USD** | **103.00** |

Postage 1 of 3

Entry Operator: a5m Date Opened: 06/20/2006

| TKEEP | DATE / PERIOD | INDEX / MATTER | LOC | MATTER DESC / CLIENT NAME | LEDGER STAT/AUTH | RATE / CODE | AMOUNT / QUANT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0401 | 061606 / 0606 | 4325248 / 020824-004700US | 01 | 021 Non-Prov. Writin / LeapFrog Enterprises | SCOST / B | .39 / 050 | .39 / 1.00 | Postage |
| 0032 | 061506 / 0606 | 4325249 / 020839-000400US | 01 | 030 TM & SM APPLN: S / SulphCo, Inc. | SCOST / B | .63 / 050 | .63 / 1.00 | Postage |
| 0032 | 061506 / 0606 | 4325250 / 020839-001100PC | 01 | Conversion of Petrol / SulphCo, Inc. | SCOST / BNP | .39 / 050 | .39 / 1.00 | Postage |
| 0000 | 061606 / 0606 | 4325251 / 020841-002200US | 01 | AQUA BOUNTY U.S. TM / AquaBounty Technolog | SCOST / B | .39 / 050 | .39 / 1.00 | Postage |
| 0000 | 061906 / 0606 | 4325252 / 020903-000000US | 01 | General Corresponden / Dreyer's Grand Ice C | SCOST / B | 2.07 / 050 | 2.07 / 1.00 | Postage |
| 0063 | 061506 / 0606 | 4325253 / 021164-000210US | 01 | 022 Non-Prov. Matura / AmCyte Inc. | SCOST / B | 1.11 / 050 | 1.11 / 1.00 | Postage |
| 0063 | 061606 / 0606 | 4325254 / 021164-000610US | 01 | Selecting Pancreatic / AmCyte Inc. | SCOST / B | .87 / 050 | .87 / 1.00 | Postage |
| 0254 | 061606 / 0606 | 4325255 / 021319-001310AU | 05 | Combination Drug The / Theracos, Inc. | SCOST / B | .39 / 050 | .39 / 1.00 | Postage |
| 0048 | 061606 / 0606 | 4325256 / 021368-000800US | 01 | CAYMAX Tm Search / Caymas Systems, Inc. | SCOST / B | .39 / 050 | .39 / 1.00 | Postage |
| 0048 | 061606 / 0606 | 4325257 / 021456-000100US | 01 | (TRANSFERRED to TODD / Inquira, Inc. | SCOST / B | .39 / 050 | .39 / 1.00 | Postage |
| 0289 | 061506 / 0606 | 4325258 / 021641-000200US | 01 | Recordon Copyright D / Brayton Purcell | SCOST / B | 1.83 / 050 | 1.83 / 1.00 | Postage |
| 0213 | 061606 / 0606 | 4325259 / 021647-001310PC | 01 | Connection Forwardin / Riverbed Technology, | SCOST / B | .39 / 050 | .39 / 1.00 | Postage |
| 0032 | 061606 / 0606 | 4325260 / 021766-000600US | 01 | Non-Prov. Thermal Cy / Bio-Rad Laboratories | SCOST / B | 2.79 / 050 | 2.79 / 1.00 | Postage |
| 0032 | 061606 / 0606 | 4325261 / 021766-000600US | 01 | Non-Prov. Thermal Cy / Bio-Rad Laboratories | SCOST / B | .63 / 050 | .63 / 1.00 | Postage |
| 0032 | 061506 / 0606 | 4325262 / 021829-000110US | 01 | 022 Sulfur And Anhyd / Daniel G. Stecher | SCOST / B | .63 / 050 | .63 / 1.00 | Postage |
| 0000 | 061606 / 0606 | 4325263 / 021938-000100US | 01 | 038 Tekelec NDB / Catapult Communicati | SCOST / BNP | .39 / 050 | .39 / 1.00 | Postage |
| 0063 | 061606 / 0606 | 4325264 / 021950-000100US | 01 | 021 Nanostructures F / LamdaGen Corporation | SCOST / B | 6.05 / 050 | 6.05 / 1.00 | Postage |

Cost Report -- Batch 24571(0806) May 30 2007 16:53:22 Page 4

Index Number Sort

263

Entry Operator: a5m Date Opened: 08/14/2006

| TKEEP | DATE / PERIOD | INDEX / MATTER | LOC | MATTER DESC / CLIENT NAME | LEDGER / STAT/AUTH | RATE / CODE | AMOUNT / QUANT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0225 | 081006 | 4363775 | 01 | Extremely Low Cost P | SCOST | .63 | .63 | Postage |
| | 0806 | 019963-001210US | | Silicon Microstructu | B | 050 | 1.00 | |
| 0225 | 081006 | 4363776 | 01 | Extremely Low Cost P | SCOST | .39 | .39 | Postage |
| | 0806 | 019963-001210US | | Silicon Microstructu | B | 050 | 1.00 | |
| 0222 | 081006 | 4363777 | 01 | 022 Non-Prov. Undesi | SCOST | 3.03 | 3.03 | Postage |
| | 0806 | 020035-001610US | | StemCyte, Inc. | B | 050 | 1.00 | |
| 0000 | 081106 | 4363778 | 01 | Improved Nucleic Aci | SCOST | 4.47 | 4.47 | Postage |
| | 0806 | 020130-000111AU | | MJ Bioworks Incorpor | B | 050 | 1.00 | |
| 0119 | 081106 | 4363779 | 01 | 30 SCHWAB MONEY FUND | SCOST | 1.26 | 1.26 | Postage |
| | 0806 | 020425-048700US | | Charles Schwab & Co. | B | 050 | 1.00 | |
| 0039 | 081106 | 4363780 | 01 | 029 M&A Recvr Data f | SCOST | .84 | .84 | Postage |
| | 0806 | 020568-000600TW | | Cellonics Incorporat | B | 050 | 1.00 | |
| 0000 | 081006 | 4363781 | 01 | 30 Superdrive | SCOST | 1.59 | 1.59 | Postage |
| | 0806 | 020750-002800US | | Apple Inc. | BNP | 050 | 1.00 | |
| 0000 | 081006 | 4363782 | 01 | General Corresponden | SCOST | 1.59 | 1.59 | Postage |
| | 0806 | 021245-000000US | | Qualcomm, Inc. | B | 050 | 1.00 | |
| 0000 | 081006 | 4363783 | 01 | 100 General Correspo | SCOST | .39 | .39 | Postage |
| | 0806 | 021258-000000US | | Setagon, Inc. | B | 050 | 1.00 | |
| 0000 | 081106 | 4363784 | 01 | Diagnosis & Treatmen | SCOST | .63 | .63 | Postage |
| | 0806 | 021288-001220AU | | Genomics Institute o | B | 050 | 1.00 | |
| 0048 | 081006 | 4363785 | 01 | SPACEX | SCOST | 1.70 | 1.70 | Postage |
| | 0806 | 021635-000200CA | | Space Exploration Te | B | 050 | 1.00 | |
| 0289 | 081006 | 4363786 | 01 | Recordon Copyright D | SCOST | .39 | .39 | Postage |
| | 0806 | 021641-000200US | | Brayton Purcell | B | 050 | 1.00 | |
| 0000 | 081106 | 4363787 | 01 | New York Life Ins., | SCOST | .39 | .39 | Postage |
| | 0806 | 021643-000200US | | The Coventry Group | B | 050 | 1.00 | |
| 0000 | 081006 | 4363788 | 01 | General Corresponden | SCOST | 6.05 | 6.05 | Postage |
| | 0806 | 021756-000000US | | Oracle International | B | 050 | 1.00 | |
| 0000 | 081006 | 4363789 | 01 | 100 General Correspo | SCOST | .87 | .87 | Postage |
| | 0806 | 021766-000000US | | Bio-Rad Laboratories | B | 050 | 1.00 | |
| 0000 | 081006 | 4363790 | 01 | 100 General Correspo | SCOST | 1.11 | 1.11 | Postage |
| | 0806 | 021766-000000US | | Bio-Rad Laboratories | B | 050 | 1.00 | |
| 0012 | 081006 | 4363791 | 01 | CIP: Steering Suspen | SCOST | 1.83 | 1.83 | Postage |
| | 0806 | 021832-000120US | | Matthew Kim | B | 050 | 1.00 | |

3 of 3

Cost Report -- Batch 24677(0806) May 30 2007 16:53:23 Page 1
Index Number Sort

Entry Operator: a5m Date Opened: 08/17/2006

| TKEEP | DATE / PERIOD | INDEX / MATTER | LOC | MATTER DESC / CLIENT NAME | LEDGER / STAT/AUTH | RATE / CODE | AMOUNT / QUANT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0032 | 081606 | 4366189 | 01 | Multi-Propulsion Air | SCOST | .39 | .39 | Postage |
| | 0806 | 004906-018500EP | | Aerojet General Comp | B | 050 | 1.00 | |
| 0023 | 081606 | 4366190 | 01 | 100 Trademark Watche | SCOST | 1.23 | 1.23 | Postage |
| | 0806 | 011180-001800US | | Viet Huong Fishsauce | B | 050 | 1.00 | |
| 0106 | 081606 | 4366191 | 01 | 022 Pyrrol. Glucosam | SCOST | .84 | .84 | Postage |
| | 0806 | 014058-016200US | | GlaxoSmithKline (Cor | BNP | 050 | 1.00 | |
| 0000 | 081606 | 4366192 | 01 | General Corresponden | SCOST | .63 | .63 | Postage |
| | 0806 | 014939-000000US | | Lawrence Berkeley La | BNP | 050 | 1.00 | |
| 0044 | 081606 | 4366193 | 01 | Rybak - Regional pha | SCOST | .63 | .63 | Postage |
| | 0806 | 015280-325100CH | | National Institutes | B | 050 | 1.00 | |
| 0044 | 081606 | 4366194 | 01 | Ravin - PCT Applicat | SCOST | 4.05 | 4.05 | Postage |
| | 0806 | 015280-506100PC | | National Institutes | B | 050 | 1.00 | |
| 0044 | 081606 | 4366195 | 01 | Ravin - PCT Applicat | SCOST | 4.05 | 4.05 | Postage |
| | 0806 | 015280-506100PC | | National Institutes | B | 050 | 1.00 | |
| 0333 | 081606 | 4366196 | 01 | Presentation to Acce | SCOST | 1.35 | 1.35 | Postage |
| | 0806 | 015358-009430US | | Ricoh Silicon Valley | B | 050 | 1.00 | |
| 0333 | 081606 | 4366197 | 01 | Presentation to Acce | SCOST | 4.65 | 4.65 | Postage |
| | 0806 | 015358-009430US | | Ricoh Silicon Valley | B | 050 | 1.00 | |
| 0032 | 081606 | 4366198 | 01 | 29 Gastric Retentive | SCOST | 1.70 | 1.70 | Postage |
| | 0806 | 015662-000500KR | | Depomed, Inc. | B | 050 | 1.00 | |
| 0225 | 081606 | 4366199 | 01 | Defect Tolerant Redu | SCOST | 6.05 | 6.05 | Postage |
| | 0806 | 019680-007510US | | NVIDIA Corporation | B | 050 | 1.00 | |
| 0009 | 081606 | 4366200 | 01 | Desk Wire Management | SCOST | 1.35 | 1.35 | Postage |
| | 0806 | 019799-005600US | | Z-Line Designs | B | 050 | 1.00 | |
| 0289 | 081606 | 4366201 | 01 | Recordon Copyright D | SCOST | .87 | .87 | Postage |
| | 0806 | 021641-000200US | | Brayton Purcell | B | 050 | 1.00 | |
| 0238 | 081606 | 4366202 | 01 | 039 PURE JUICE Infri | SCOST | 1.11 | 1.11 | Postage |
| | 0806 | 021730-000100US | | Gregory Johnson | B | 050 | 1.00 | |
| 0227 | 081606 | 4366203 | 01 | Non-Prov: Cross Laye | SCOST | 1.26 | 1.26 | Postage |
| | 0806 | 021756-023100US | | Oracle International | B | 050 | 1.00 | |
| 0225 | 081606 | 4366204 | 05 | Injection Molding Va | SCOST | .80 | .80 | Postage |
| | 0806 | 021887-000310RU | | Top Grade Molds Ltd. | B | 050 | 1.00 | |
| 0229 | 081606 | 4366205 | 01 | IL-6 Binding Protein | SCOST | 5.00 | 5.00 | Postage |
| | 0806 | 022013-001010US | | Avidia, Inc. | B | 050 | 1.00 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

(415) 522-4093

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

August 8, 2006

Margaret C. McHugh, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th FL
San Francisco, CA 94111

Dear Ms. McHugh:

Per your request, enclosed is a copy of the tape regarding the settlement conference which took place before Judge Zimmerman on May 10, 2005:

Purcell v. Recordan & Recordan - C04-4995 EMC(BZ)
Sett. Conf. - May 10, 2005 @ 9:00 a.m.
Tape No. SC 10-05 - Side "A" only

The charge for the tape I have duplicated is $26.00 per tape. Please forward a check in the amount of **$26.00** made **payable to "The Clerk of Court**." Your envelope should be directed as follows:

Attn: Rose Maher, Secretary to
Magistrate Judge Bernard Zimmerman
U.S. District Court/450 Golden Gate Ave.
San Francisco, CA 94102

Should you need anything further please do not hesitate to call.

Yours very truly,

Rose Maher, Secretary to
Magistrate Judge Bernard Zimmmerman

encl: 1 tape

V# 661289
ENT'D AUG 10 2006

TOWNSEND and TOWNSEND and CREW LLP

## CHECK REQUEST

Date 8/10/06 Amount $ 26.00

Payee The Clerk of Court

Address Attn: Rose Maher, Secretary to Magistrate Judge Bernard Zimmerman, U.S. District Court/450 Golden Gate Ave., SF, CA 94102

Tax ID #

Requested by MHM Approved by Margaret C. McHugh

Reason for the request Charge for duplicate tape re: Settlement Conference.

Deadline for payment 8/11/06

Return completed check to Mary Morris (SF9)

OR

Mail the completed check: with ☐ w/o ☐ the attachment(s)

Client Charge: Client No.: 021641 Matter No.: 000200US

**For Accounting Use Only**

Vendor # ____ G/L Acct. ____ Exp. Code ____

Description ____

SF 206180 v1
SF 206180 v1

**TOWNSEND AND TOWNSEND AND CREW LLP**
Wells Fargo Operating
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Phone (415) 576-0200

Wells Fargo Bank
1 California Street
San Francisco, CA 94111

11-24/1210

CHECK NO. **351979**

**CHECK DATE**
**08-10-06**

CHECK AMOUNT
**$26.00*********

TWENTY-SIX AND 00/100 Dollar(s)

PAY TO THE ORDER OF
**Clerk, U.S. District Court**
**450 Golden Gate Avenue**
**16th Floor,**
**San Francisco, CA 94102**

**FILE COPY**

**TOWNSEND AND TOWNSEND AND CREW LLP**

**Wells Fargo Operating**

**VENDOR NUMBER:** 02583
**VENDOR NAME:** Clerk, U.S. District Court

**CHECK NUMBER:** 351979
**CHECK DATE:** 08-10-06

| Voucher # | Invoice # | Inv. Date | Account # | Matter # | Invoice Description | Amount Paid |
|---|---|---|---|---|---|---|
| 661289 | 081006 | 08-10-06 | 2000000000 | 021641-000200US | | 26.00 |

CHECK AMOUNT 26.00

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **Brayton Purcell - 021641-000200US** | | | | | | |
| 6/19/2006 | 238 | Margaret C. McHug | 2 | $ 1.00 | $ 2.00 | Fax Fax | 4324597 | |
| 7/28/2006 | | Invoice=578714 | 2 | $ 1.00 | $ 2.00 | | | |
| | | | | | | | | |
| **Total** | | | | | **$ 2.00** | | | |
| | | | | | | | | |
| | | | | | | | | |
| 10/17/2006 | 289 | John C. Baum | 22 | 1 | $ 207.21 | $ 207.21 | Legal Research (Westl | 4419850 |
| 12/26/2006 | | Invoice=598763 | | 1 | $ 207.21 | $ 207.21 | | |
| | | | | | | | | |
| 10/17/2006 | 289 | John C. Baum | 22 | 1 | $ 404.53 | $ 404.53 | Legal Research (Westl | 4419851 |
| 12/26/2006 | | Invoice=598763 | | 1 | $ 404.53 | $ 404.53 | | |
| | | | | | | | | |
| 11/9/2006 | 289 | John C. Baum | 22 | 1 | $ 366.00 | $ 366.00 | Legal Research (Westl | 4438491 |
| 12/26/2006 | | Invoice=598763 | | 1 | $ 366.00 | $ 366.00 | | |
| | | | | | | | | |
| 11/9/2006 | 289 | John C. Baum | 22 | 1 | $ 405.82 | $ 405.82 | Legal Research (Westl | 4438492 |
| 12/26/2006 | | Invoice=598763 | | 1 | $ 405.82 | $ 405.82 | | |
| | | | | | | | | |
| 11/10/2006 | 289 | John C. Baum | 22 | 1 | $ 276.48 | $ 276.48 | Legal Research (Westl | 4438493 |
| 12/26/2006 | | Invoice=598763 | | 1 | $ 276.48 | $ 276.48 | | |
| | | | | | | | | |
| 11/13/2006 | 289 | John C. Baum | 22 | 1 | $ 150.01 | $ 150.01 | Legal Research (Westl | 4438495 |
| 12/26/2006 | | Invoice=598763 | | 1 | $ 150.01 | $ 150.01 | | |
| | | | | | | | | |
| 6/8/2006 | 289 | John C. Baum | 22 | 1 | $ 616.27 | $ 616.27 | Legal Research (Westl | 4336141 |
| 7/28/2006 | | Invoice=578714 | | 1 | $ 616.27 | $ 616.27 | | |
| | | | | | | | | |
| 6/16/2006 | 289 | John C. Baum | 22 | 1 | $ 303.51 | $ 303.51 | Legal Research (Westl | 4336142 |
| 7/28/2006 | | Invoice=578714 | | 1 | $ 303.51 | $ 303.51 | | |
| | | | | | | | | |
| 6/16/2006 | 289 | John C. Baum | 22 | 1 | $ 47.41 | $ 47.41 | Legal Research (Westl | 4336143 |
| 7/28/2006 | | Invoice=578714 | | 1 | $ 47.41 | $ 47.41 | | |
| | | | | | | | | |
| **Total** | | | | | **$ 2,777.24** | | | |
| | | | | | | | | |
| | | | | | | | | |
| 11/15/2006 | 289 | John C. Baum | 40 | 1 | $ 13.75 | $ 13.75 | Outside Messenger Se | 4436400 |
| 12/26/2006 | | Invoice=598763 | | 1 | $ 13.75 | $ 13.75 | Management Services, Inc. to USDC, SF | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Voucher=670800 Paid | | | | | Vendor=U. S. Legal Management Services, Inc. Balance= .00 | |
| | | | | | | | | |
| 8/11/2006 | 289 | John C. Baum | 40 | 1 | $ 13.26 | $ 13.26 | Outside Messenger Se | 4375546 |
| 9/27/2006 | | Invoice=586811 | | 1 | $ 13.26 | $ 13.26 | Messenger | |
| | | Voucher=663044 Paid | | | | | Vendor=Professional Messenger Balance= .00 Amount= 208.64 | |
| | | | | | | | | |
| **Total** | | | | | **$ 27.01** | | | |
| | | | | | | | | |
| 6/15/2006 | 4043 | Mary H. Morris | 76 | $ 0.20 | $ 15.20 | Copying Prints and | 4323355 | |
| 7/28/2006 | | Invoice=578714 | 76 | $ 0.20 | $ 15.20 | | | |
| | | | | | | | | |
| 6/15/2006 | 4043 | Mary H. Morris | 40 | $ 0.20 | $ 8.00 | Copying Prints and | 4323356 | |
| 7/28/2006 | | Invoice=578714 | 40 | $ 0.20 | $ 8.00 | | | |
| | | | | | | | | |
| 6/15/2006 | 4043 | Mary H. Morris | 62 | $ 0.20 | $ 12.40 | Copying Prints and | 4323357 | |
| 7/28/2006 | | Invoice=578714 | 62 | $ 0.20 | $ 12.40 | | | |
| | | | | | | | | |
| 6/15/2006 | 4043 | Mary H. Morris | 9 | $ 0.20 | $ 1.80 | Copying Prints and | 4323358 | |
| 7/28/2006 | | Invoice=578714 | 9 | $ 0.20 | $ 1.80 | | | |
| | | | | | | | | |
| 8/10/2006 | 4043 | Mary H. Morris | 3 | $ 0.20 | $ 0.60 | Copying Prints and | 4362528 | |
| 9/27/2006 | | Invoice=586811 | 3 | $ 0.20 | $ 0.60 | | | |
| | | | | | | | | |
| 8/11/2006 | 4043 | Mary H. Morris | 9 | $ 0.20 | $ 1.80 | Copying Prints and | 4363538 | |
| 9/27/2006 | | Invoice=586811 | 9 | $ 0.20 | $ 1.80 | | | |
| | | | | | | | | |
| 8/16/2006 | 4043 | Mary H. Morris | 15 | $ 0.20 | $ 3.00 | Copying Prints and | 4366374 | |
| 9/27/2006 | | Invoice=586811 | 15 | $ 0.20 | $ 3.00 | | | |
| | | | | | | | | |
| 8/16/2006 | 4043 | Mary H. Morris | 13 | $ 0.20 | $ 2.60 | Copying Prints and | 4366375 | |
| 9/27/2006 | | Invoice=586811 | 13 | $ 0.20 | $ 2.60 | | | |
| | | | | | | | | |
| 8/21/2006 | 4043 | Mary H. Morris | 22 | $ 0.20 | $ 4.40 | Copying Prints and | 4369646 | |
| 9/27/2006 | | Invoice=586811 | 22 | $ 0.20 | $ 4.40 | | | |
| | | | | | | | | |
| 11/15/2006 | 4088 | Laureen D. Finger | 266 | $ 0.20 | $ 53.20 | Copying Prints and | 4428051 | |
| 12/26/2006 | | Invoice=598763 | 266 | $ 0.20 | $ 53.20 | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | **$ 103.00** | | | | | | |
| | | | | | | | | | | | |
| 6/15/2006 | 289 | John C. Baum | 50 | 1 | $ 1.83 | $ 1.83 | Postage | 4325258 | | | |
| 7/28/2006 | | Invoice=578714 | | 1 | $ 1.83 | $ 1.83 | | | | | |
| 8/10/2006 | 289 | John C. Baum | 50 | 1 | $ 0.39 | $ 0.39 | Postage | 4363786 | | | |
| 9/27/2006 | | Invoice=586811 | | 1 | $ 0.39 | $ 0.39 | | | | | |
| 8/16/2006 | 289 | John C. Baum | 50 | 1 | $ 0.87 | $ 0.87 | Postage | 4366201 | | | |
| 9/27/2006 | | Invoice=586811 | | 1 | $ 0.87 | $ 0.87 | | | | | |
| | | | | | | | | | | | |
| **Total** | | | | | **$ 3.09** | | | | | | |
| | | | | | | | | | | | |
| 8/10/2006 | 289 | John C. Baum | 55 | 1 | $ 26.00 | $ 26.00 | Fee - Clerk, U.S. Distri | 4361918 | | | |
| 9/27/2006 | | Invoice=586811 | | 1 | $ 26.00 | $ 26.00 | Duplicate Tape re Settlement Conference | | | | |
| | | Voucher=661289 Paid | | | | | Vendor=Clerk, U.S. District Court Balance= .00 Amount= | | | | |
| | | | | | | | | | | | |
| **Total** | | | | | **$ 26.00** | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Grand Total** | | | | | **$ 2,938.34** | | | | | | |