1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8
9   BRAYTON PURCELL LLP,
                                                    **Case No. C04-4995 EMC**
10              Plaintiff,                           **ORDER TO SHOW CAUSE**

11          v.
                                                    Court of Appeals
12  RECORDON & RECORDON,                             for the Ninth Court
                                                    Case No. 07-15383
13              Defendant.
    _____/
14

15          Pursuant to an Order dated January 10, 2008 by the Court of Appeals, the above case was

16  remanded to this Court for a limited basis to permit this court to conduct a hearing to determine

17  whether the court reporter, Jeanne Bishop, should be held in contempt.

18          IT IS, THEREFORE, ORDERED:

19          Court Reporter Jeanne Bishop shall appear on **February 6, 2008 at 10:00 a.m.** before

20  Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate

21  Avenue, San Francisco, CA 94102, to show cause why she should not be held in contempt for failure

22  to comply with Court of Appeals Order dated October 26, 2007 directing her to file the transcript on

23  November 26, 2007.

24          IT IS SO ORDERED.

25
    Dated: January 24, 2008          _____
26
                                     EDWARD M. CHEN
27                                   United States Magistrate Judge

28

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9   BRAYTON PURCELL,

                                                **Case No. C04-4995 EMC**
10          Plaintiff,

11      v.                                      **CERTIFICATE OF SERVICE**

12   RECORDON & RECORDON,                       Court of Appeals
                                                for the Ninth Court
13          Defendant.                          Case No. 07-15383
     _____/
14

15

16   I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District

17   of California. On the below date, I served a true and correct copy of the attached, by placing said

18   copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle

2  located in the Office of the Clerk.

3

4  Jeanne Bishop
   P. O. Box 1675
5  San Leandro, CA 94577
   (By certified mail and regular mail with
6  delivery confirmation#0304-1560-0004-
   6209-3500)
7

8  Jeanne Bishop
   25668 Crestfield Circle
9  Castro Valley, CA 94552
   (510) 357-1548
10 (By certified mail and regular mail with
   delivery confirmation #0304-1560-0004-
11 6209-3524)

12

13 Dated: January 24, 2008                    RICHARD W. WIEKING, CLERK

14

15                                      By:  _____
                                              Betty Fong
16                                            Deputy Clerk

17

18

19

20

21

22

23

24

25

26

27

28

3

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Jeanne Bishop
P.O. Box 1675
San Leandro, CA 94577

7006 0810 0001 9709 2262

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Jeanne Bishop
Street, Apt. No.; or PO Box No.  P.O. Box 1675
City, State, ZIP+4  San Leandro, CA 94577

PS Form 3800, June 2002                    See Reverse for Instructions

7006 0810 0001 9709 2262

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Jeanne Bishop
25668 Crestfield Circle
Castro Valley, CA 94552

7006 0810 0001 9709 2279

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 0810 0001 9709 2279

7006 0810 0001 9709 2279

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Jeanne Bishop
Street, Apt. No.; or PO Box No.  25668 Crestfield Circle
City, State, ZIP+4  Castro Valley, CA 94552

PS Form 3800, June 2002                    See Reverse for Instructions