1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAYTON PURCELL LLP,

        Plaintiff,

    v.

RECORDON & RECORDON,

        Defendant.

_____/

**Case No. C04-4995 EMC**

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Court of Appeals
for the Ninth Court
Case No. 07-15383

     Previously, the Court issued an order instructing Court Reporter Jeanne Bishop to show cause why she should not be held in contempt for failure to comply with Court of Appeals Order dated October 26, 2007 directing her to file the transcript on November 26, 2007. Subsequently, Ms. Bishop filed the transcript, and both parties have informed the Court that they are satisfied with the transcript that was filed. Accordingly, the Court hereby discharges the order to show cause and **VACATES** the hearing set for February 6, 2008.

     IT IS SO ORDERED.

Dated: February 5, 2008

                        _____
                        EDWARD M. CHEN
                        United States Magistrate Judge

1

2

3

4

5

6        UNITED STATES DISTRICT COURT

7        NORTHERN DISTRICT OF CALIFORNIA

8

9    BRAYTON PURCELL,                        **Case No. C04-4995 EMC**

10              Plaintiff,

11        v.                                 **CERTIFICATE OF SERVICE**

12   RECORDON & RECORDON,                     Court of Appeals
                                              for the Ninth Court
13              Defendant.                    Case No. 07-15383
     _____/

14

15

16   I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District

17   of California.  On the below date, I served a true and correct copy of the attached, by placing said

18   copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle

2  located in the Office of the Clerk.

3

4  Jeanne Bishop
   P. O. Box 1675
5  San Leandro, CA  94577

6

7  Jeanne Bishop
   25668 Crestfield Circle
8  Castro Valley, CA  94552

9

10  Dated:  February 5, 2008                    RICHARD W. WIEKING, CLERK

11

12                                      By:  _____
                                                    Betty Fong
13                                                  Deputy Clerk

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28